000013   200012 WI

**IRS** Department of the Treasury
Internal Revenue Service
FRESNO, CA  93888-0030

Notice Number: CP 503
Notice Date:  01-02-2006
SSN/EIN:  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
Caller ID:  235005

VIOLA MCREYNOLDS
246 WIGGINS BAY
PUEBLO WEST   CO    81007-5437465


*528388461101*

# IMPORTANT
Immediate action is required.

We previously wrote to you about your unpaid account, but you haven't contacted us about it. Penalties and interest on the unpaid balance are continuing to increase. Please pay the amount you owe within ten days from the date of this notice. If you can't pay now, call us at the number shown below. You may be qualified for an installment agreement or payroll deduction agreement. We want to help you resolve this bill. However, if we don't hear from you, we will have no choice but to proceed with steps required to collect the amount you owe. **If you already paid your balance in full or arranged for an installment agreement, please disregard this notice.**

PENALTY AND INTEREST ARE NOT CALCULATED TO THE DUE DATE SHOWN ABOVE. IF A PAYOFF IS REQUIRED PLEASE CALL THE TELEPHONE NUMBER SHOWN.

## Account Summary

| Form: 1040A | Tax Period: 12-31-2000 |
|---|---|
| **Current Balance:** | $76,743.80 |
| Includes: | |
| Penalty: | $0.00 |
| Interest: | $513.36 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? call us at **1-800-829-0922**

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 503
Notice Date: 01-02-2006

*write on your check:*

| 1040A | 12-31-2000 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due: $76,743.80

06 0924  **FILED**
MAY 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Internal Revenue Service
FRESNO, CA  93888-0030

VIOLA MCREYNOLDS
246 WIGGINS BAY
PUEBLO WEST   CO    81007-5437465

528388461 BK MCRE 30 0 200012 670 00000000000

Internal Revenue Service  
Department of the Treasury  
Western Region  
1160 West 1200 South  
Ogden, UT 84201

Date: AUG 16 2000

Mail Stop: 4450  
Person to Contact:  
Mr. Parizek  
Refer Reply to: 2981808888  
Telephone Number:  
(801) 629-1242  
Not a toll free call  
Hours: 7 a.m. to 3 p.m.  
Mountain Time  
Monday - Friday  
**Taxpayer Identification Number:**  
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

BOONE K & VIOLA MCREYNOLDS  
4880 SKY MOUNTAIN CIR  
RENO NV 89503 9200 806

Dear Taxpayer(s):

This is in reply to your recent correspondence.

Federal tax laws are passed by Congress and signed by the President. The Internal Revenue Service (IRS) is responsible for administering federal tax laws fairly and ensuring that taxpayers comply with the laws. We do not have authority to change the laws.

The IRS strives to collect the proper amount of tax revenues at the least cost to the public in a manner that warrants the highest degree of public confidence in our integrity, efficiency, and fairness. In accomplishing this, we continually strive to help taxpayers resolve legitimate account problems as effectively as possible. While tax collection is not a popular function of government, it is a clearly necessary one; without it all other functions would eventually cease.

There are people who encourage others to deliberately violate our nation's tax laws. It would be unfortunate if you were to rely on their opinions. These persons take legal statements out of context and claim that you are not subject to tax laws. Many of these persons offer advice that is false and misleading, hoping to encourage others to join them. Generally, their advice is not free. Taxpayers who purchase this kind of information often end up paying more in taxes, interest, and penalties than they would have paid by simply filing correct tax returns. Some may also subject themselves to criminal penalties including fines and possible imprisonment.

Federal courts have consistently ruled against the arguments you have made. We will not respond to future correspondence concerning these issues.

Sincerely Yours,

Chief, Examination Branch  
Ogden Customer Service Center

Letter 3175 (SC) (Rev. 02-99)



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: February 24, 2006

Boone K McReynolds
246 E Wiggins Bay
Pueblo West, CO 81007-5437

---

Dear Mr. McReynolds:

This letter is in response to your comments made during our conversation today.

Federal tax laws are passed by Congress and signed by the President. The Internal Revenue Service is responsible for administering federal tax laws fairly and ensuring that taxpayers comply with the laws. We do not have the authority to change the laws.

The Internal Revenue Service strives to collect the proper amount of revenues at the least cost to the public, and in a manner that warrants the highest degree of public confidence in our integrity, efficiency, and fairness. In accomplishing this we continually strive to help taxpayers resolve legitimate account problems as effectively as possible. While tax collection is not a popular function of government, it clearly is a necessary one. Without it all other functions would eventually cease.

There are people who encourage others to deliberately violate our nation's tax laws. It would be unfortunate if you were to rely on their opinions. These persons take legal statements out of context and claim that they are not subject to tax laws. Many offer advice that is false and misleading, hoping to encourage others to join them. Generally, their advice isn't free. Taxpayers who purchase this kind of information often wind up paying more in taxes, interest, and penalties than they would have paid by simply filing correct tax returns. Some may subject themselves to criminal penalties, including fines and possible imprisonment.

Federal courts have consistently ruled against the arguments you have suggested today. Therefore, we will not respond to any future correspondence concerning these issues. If you decide to pursue correction of the returns currently assessed and can provide valid correct returns, please let me know and I will help you with this process. If you have any questions or need more information, please contact me at the address or the telephone number listed below:

Internal Revenue Service
MS 5224CS
2864 S. Circle Drive
Colorado Springs, CO 80906-4190
Phone#: 719-579-0387 ext. 254
Fax#: 719-579-0994

Sincerely,

*Sally Kilpatrick*
Sally Kilpatrick
Revenue Officer; 84-20075

| Internal Revenue Service | Department of the Treasury |
|---|---|
| 2864 S CIRLCE DR 7TH FL | |
| MS: 5224CS | |
| COLORADO SPRINGS, CO 80906-4190 | |

Letter Number: 3174 (P)

Letter Date:
03/06/2006
Social Security or
Employer Identification Number
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

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST, CO 81007-5437

IRS Employee to Contact:
SALLY F KILPATRICK
Employee Identification Number:
84-20075
Contact Telephone Number:
(719)579-0387x254

*[handwritten: This letter is to set a deadline of 3/20/06 for you to call me to set up an appointment to provide the completed Form 433A (enclosed) to discuss your payment of the tax liabilities.]*

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe, now. Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may fill out Form 9423, Collection Appeals Request, to ask for Appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

Sincerely yours,

*Sally Kilpatrick* (signature)

SALLY F KILPATRICK
REVENUE OFFICER

*[handwritten: The appointment is not to debate the tax system or the validity of the liability (unless you decide to file valid correct returns)... for financial information + ...]*

| Form 668-A(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service<br>**Notice of Levy** |
|---|---|

| | |
|---|---|
| DATE: 03/29/2006 | TELEPHONE NUMBER |
| REPLY TO: Internal Revenue Service | OF IRS OFFICE: **(719)579-0387x254** |
| SALLY F KILPATRICK | |
| 2864 S CIRLCE DR 7TH FL | |
| MS: 5224CS | NAME AND ADDRESS OF TAXPAYER: |
| COLORADO SPRINGS, CO 80906-4190 | BOONE K MCREYNOLDS |
| | 246 E WIGGINS BAY |
| TO:  WELLS FARGO BANK NEVADA N.A. | PUEBLO WEST, CO 81007-5437 |
| SIXTH AND MARQUETTE | |
| MINNEAPOLIS, MN 55479-0001 | |

IDENTIFYING NUMBER(S):  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

MCRE

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1998 | 47080.32 | 16097.78 | 63178.10 |
| 1040 | 12/31/1999 | 69541.55 | 10431.01 | 79972.56 |
| 1040 | 12/31/2001 | 12360.50 | 1889.40 | 14249.90 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒

| Total Amount Due | 157400.56 |
|---|---|

We figured the interest and late payment penalty to  **04-28-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative<br>/S/ SALLY F KILPATRICK | Title<br>**REVENUE OFFICER** |
|---|---|

Part 4 --   For Taxpayer         Catalog No. 35389E   www.irs.gov         Form **668-A(ICS)** (1-2003)