AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Boone McReynolds, et al
V.
United States Government

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00924

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 05/15/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

Boone McReynolds
Viola McReynolds
246 E Wiggins Bay
Pueblo West, Co.
81007

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

M. Higgins
(By) DEPUTY CLERK

DATE: MAY 15 2006

RECEIVED
JUN - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _____ 05/24/06. The cost of the mailing is $ 6.32

Certified mail # 7005 1820 0005 2213 8165

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001


    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Ronald E. James_
Signature

06/05/2006
Date



Home | Help

Track & Confirm

# Track & Confirm

Search Results

Label/Receipt Number: **7005 1820 0005 2213 8165**
Status: **Delivered**

Your item was delivered at 10:52 am on May 24, 2006 in WASHINGTON, DC 20001.

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

act us   government services   jobs   National & Premier Accounts
right © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

etWeb/InterLabelInquiry.do                                                                6/5/2006