AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Boone McReynolds, et al
V.
United States Government

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:06CV00924

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 05/15/2006

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Boone McReynolds
Viola McReynolds
246 E Wiggins Bay
Pueblo West, Co.
81007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
JUN - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

MAY 15 2006
DATE

/s/ Wiggins
(BY) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _05/30/06_. The cost of the mailing is $ _6.32_

Certified mail # _7005 1820 0005 2213 8172_,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Ronald E. James_    06/05/2006
Signature                                Date



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

Search Results

Label/Receipt Number: **7005 1820 0005 2213 8172**
Status: **Delivered**

Your item was delivered at 5:11 am on May 30, 2006 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

