UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Boone McReynolds,
Viola McReynolds

Case No. 1:06 CV 00924 JR

Plaintiff(s),

ADDENDUM TO COMPLAINT No. 3

v.

United States

Defendant.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." <u>Randolph-Sheppard Vendors of Am. v. Weinberger</u>, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing <u>Etelson v. Office of Pers. Mgmt.</u>, 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (<u>Turner v. United States</u>, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Boone McReynolds v. United States.    page 1 of 3 pages    Addendum to Complaint

RECEIVED
JUN 09 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated 06/04/2006

_____
Boone McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

_____
Viola McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

CERTIFICATE OF SERVICE

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Boone McReynolds v. United States.        page 2 of 3 pages        Addendum to Complaint

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Kenneth L. Wainstein, United States Attorney, District of Columbia, 501 3rd Street NW, Washington, District of Columbia 20001

Dated _____JUNE 06_____, 2006

_____
Boone McReynolds



**IRS** Department of the Treasury
Internal Revenue Service
OGDEN, UT  84201-0025

Notice Number: CP 504
Notice Date:  06-05-2006
SSN/EIN: 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
Caller ID: 531190

7178 2665 9398 6898 7212



BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST  CO  81007-5437465



*490340068101*

134708

## Urgent !!

**We intend to levy on certain assets.  Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full.  In addition, we will begin to search for other assets we may levy.  We can also file a Notice of Federal Tax Lien, if we haven't already done so.  **To prevent collection action, please pay the current balance now.**  If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.  Current balance may include Civil Penalty, if assessed.

### Account Summary

| Form: 1040A | Tax Period: 12-31-2003 |
|---|---|

Current Balance:  $10,050.62
Includes:
  Penalty:        $39.83
  Interest:       $66.97
  Last Payment:   $0.00

For information on your penalty & interest computations, you may call 1-800-829-8374

Questions? Call us at **1-800-829-8374**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

---

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 06-05-2006

write on your check:

| 1040A | 12-31-2003 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
  $10,050.62

Internal Revenue Service
OGDEN, UT  84201-0025

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST  CO  81007-5437465


**IRS** Department of the Treasury
Internal Revenue Service
OGDEN, UT   84201-0025

Notice Number: CP 504
Notice Date: 06-05-2006
SSN/EIN: 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
Caller ID: 531190

7178 2665 9398 6898 7199



BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST   CO   81007-5437465


*490340068101*

034707

# Urgent !!

**We intend to levy on certain assets.  Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full.  In addition, we will begin to search for other assets we may levy.  We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.**  If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.  Current balance may include Civil Penalty, if assessed.

## Account Summary

| Form: 1040A | Tax Period: 12-31-2000 |
|---|---|

Current Balance:            $155,853.46
Includes:
  Penalty:                       $0.00
  Interest:                   $1,042.52
Last Payment:                    $0.00

For information on your penalty & interest computations, you may call 1-800-829-8374

Questions?  Call us at **1-800-829-8374**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 06-05-2006

*write on your check:*

| 1040A | 12-31-2000 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

| Amount Due: |
|---|
| $155,853.46 |

Internal Revenue Service
OGDEN, UT   84201-0025

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST   CO   81007-5437465

 **Department of the Treasury**
**Internal Revenue Service**
OGDEN, UT  84201-0025

Notice Number: CP 504
Notice Date: 06-05-2006
SSN/EIN: 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
Caller ID: 531190

7178 2665 9398 6898 7175



)34706

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST   CO   81007-5437465


*490340068101*

# Urgent !!

## We intend to levy on certain assets. Please respond NOW.

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

| Form: 1040A | Tax Period: 12-31-2002 |
|---|---|

| | |
|---|---|
| **Current Balance:** | $3,766.81 |
| Includes: | |
| Penalty: | $13.71 |
| Interest: | $25.11 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-8374

Questions? Call us at **1-800-829-8374**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 06-05-2006

*write on your check:*

| 1040A | 12-31-2002 | 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 |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

| Amount Due: | |
|---|---|
| | $3,766.81 |

Internal Revenue Service
OGDEN, UT  84201-0025

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST   CO   81007-5437465