# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Boone McReynolds,
Viola McReynolds

Case No. 1:06 CV 00924 JR

       Plaintiff(s),

ADDENDUM TO COMPLAINT No. 4

v.

United States

       Defendant.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Boone McReynolds v. United States.    page 1 of 3 pages    Addendum to Complaint

RECEIVED
JUN 28 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated JUN 20, 2006

_____
Boone McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

_____
Viola McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

CERTIFICATE OF SERVICE

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Boone McReynolds v. United States.        page 2 of 3 pages        Addendum to Complaint

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Kenneth L. Wainstein, United States Attorney, District of Columbia, 501 3rd Street NW, Washington, District of Columbia 20001

Dated June 26, 2006

_____
Boone McReynolds

**IRS** Department of the Treasury
Internal Revenue Service

PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

**CERTIFIED MAIL**

7178 2665 9394 6147 4201

Letter Date: 06/22/2006
Taxpayer Identification Number:
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
Contact Person:
SALLY F KILPATRICK
Employee Identification Number:
84-20075
Contact Telephone Number:
(719) 226-3267 x254

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST, CO 81007-5437

01826

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 06/15/2006

| Type of Tax | Tax Period | Amount Owed |
| --- | --- | --- |
| 1040 | 12/31/2000 | 154810.94 |
| 1040 | 12/31/2002 | 3727.99 |
| 1040 | 12/31/2003 | 9943.82 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights*.

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing*, and mail it to:

    Internal Revenue Service
    2864 S CIRCLE DRIVE
    COLORADO SPRINGS, CO 80906

You must request your hearing by   07/24/2006.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed.
To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

(over)

Letter 3172 (DO) rev. (11-2004)

| Form 668 (Y)(c) <br> (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service <br> **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: <br> SMALL BUSINESS/SELF EMPLOYED AREA #6 <br> (800) 913-6050 | | Serial Number <br> 297294506 | For Optional Use by Recording Office |

01826

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer  BOONE K MCREYNOLDS

Residence  246 E WIGGINS BAY
PUEBLO WEST, CO 81007-5437

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | 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 | 05/01/2006 | 05/31/2016 | 154810.94 |
| 1040 | 12/31/2002 | 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 | 05/01/2006 | 05/31/2016 | 3727.99 |
| 1040 | 12/31/2003 | 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 | 05/01/2006 | 05/31/2016 | |
| 1040 | 12/31/2003 | 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 | 05/26/2006 | 06/25/2016 | 9943.82 |

Place of Filing
CLERK AND RECORDER
PUEBLO COUNTY
PUEBLO, CO 81002

Total  168482.75

This notice was prepared and signed at  DENVER, CO  , on this,

the 14th day of June , 2006 .

Signature  R. A. Mitchell
for SALLY F KILPATRICK

Title  REVENUE OFFICER  26-11-2412
(719) 226-3267 x254

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form 668 (Y)(c) (Rev. 02-04)