UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Boone McReynolds,
Viola McReynolds

Case No. 1:06CV00924 (JR)

        Plaintiff(s),   ADDENDUM TO COMPLAINT No. 5

v.

United States
        Defendant.

    This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

    Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Boone McReynolds v. United States.   page 1 of 3 pages   Addendum to Complaint



RECEIVED
JUL 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take **mandatory judicial notice** of the adjudicative fact that the attached correspondence **(sent to plaintiff(s), is a final agency action** that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated _July 17_, 2006

_____
Boone McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

_____
Viola McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

## CERTIFICATE OF SERVICE

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Boone McReynolds v. United States.    page 2 of 3 pages    Addendum to Complaint

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Kenneth L. Wainstein, United States Attorney, District of Columbia, 501 3rd Street NW, Washington, District of Columbia 20001

Dated _____ July 17 _____, 2006

_____
Boone McReynolds

**IRS** Department of the Treasury
Internal Revenue Service
FRESNO, CA  93888-0029

Notice Number: CP  91
Notice Date:   JULY 17, 2006
Social Security Number:
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

| Collection Assistance: |
| --- |
| 1-800-829-7650 |
| *(Asistencia en español disponible)* |
| Caller ID:   235005 |

VIOLA MCREYNOLDS
246 WIGGINS BAY
PUEBLO WEST  CO   81007-5437465

.914

### Final Notice Before Levy On Social Security Benefits

Our records indicate the federal tax you owe has not been paid, although we have previously advised you of your appeal rights and asked you to pay it. The law allows the IRS to take up to 15% of your Social Security benefits to pay your overdue taxes. **We will proceed with levy action** if you do not pay the full amount you owe, request an appeals hearing, or contact us to resolve the tax matter within 30 days from the date of this notice.

We have identified the following Social Security account information:

   Social Security Claim Account Number:    528388461
   Beneficiary's Own Account Number:        528388461

To avoid this levy action against your Social Security benefits:

#### If You Can Pay The Amount You Owe In Full:
- Make your check or money order payable to the United States Treasury.
- Write your Social Security Number, the form number(s), and tax period(s) on your payment.
- Send your payment and the attached payment stub to us in the enclosed envelope.

You will find the amount you owe listed on the next page. The amount you owe includes tax, penalties, and interest. Penalty and interest charges, known as statutory additions, are detailed on the following pages and continue to accrue until you pay the total amount in full.

#### If You Cannot Pay The Amount You Owe In Full:
It is important that you call us immediately at the telephone number listed above. Please be prepared to tell us your monthly income and expenses so we can help you resolve this tax matter. We may be able to set up a payment arrangement. Or, if we determine that you cannot pay any of your tax debt due to a significant hardship, we may temporarily delay collection until your financial condition improves.

#### Contact Us (Within 30 days from the date of this notice)
Please do not contact the Social Security Administration regarding your federal tax matter. If you have any questions, please call the IRS at the above telephone number or write to us at the address located on the return stub found on the second page of this notice. **We want to help you resolve this matter, so please call us if you need assistance.**

#### Authorized Representative
If you wish to have someone else contact us to resolve this tax matter, complete Form 2848, *Power of Attorney and Declaration of Representative*, and send it to us in the enclosed envelope. You can get this form at your local IRS office, by calling 1-800-829-3676, or from our website at www.irs.gov. For your information, we have enclosed Publication 4134. This publication provides a list of Low Income Taxpayer Clinics that assist low-income taxpayers for free or for a nominal charge.

Enclosures:
Publication 4134
Copy of this notice

**ACCOUNT INFORMATION**

VIOLA MCREYNOLDS                                                                                  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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2000 | $76,242.44 | $.00 | $3,489.90 | $79,732.34 |
| 1040A | DEC. 31, 2001 | $2,331.80 | $.00 | $74.24 | $2,406.04 |
| 1040A | DEC. 31, 2002 | $1,030.80 | $.00 | $32.82 | $1,063.62 |
| 1040A | DEC. 31, 2003 | $3,448.72 | $.00 | $109.79 | $3,558.51 |

01914

---

**Payment Stub**          Fold and return this page with your request, inquiry, or payment.

WI        CP-91

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

Your Telephone Number:          Best Time to Call

( ) _____ - _____          _____ AM _____ PM

Amount you owe:          $86,760.51
Less payments not included
Adjusted amount

Internal Revenue Service          VIOLA MCREYNOLDS
FRESNO, CA  93888-0029            246 WIGGINS BAY
                                  PUEBLO WEST  CO  81007-5437465