IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BOONE MCREYNOLDS & VIOLA MCREYNOLDS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:06-cv-00924 (JR) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO DISMISS

DEFENDANT, the United States of America, moves under Fed. R. Civ. P. 12(b), to dismiss plaintiffs' complaint. As grounds for this motion, the United States submits that the Court lacks subject matter jurisdiction over the complaint because plaintiffs failed to exhaust administrative remedies.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE:  July 24, 2006

                                            Respectfully submitted,

                                             /s/ Pat S. Genis
                                            PAT S. GENIS, #446244
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Washington, DC  20044
                                            Telephone/FAX:  (202) 307-6390/614-6866
                                            Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' MOTION TO DISMISS was caused to be served upon plaintiffs *pro se* on July 24, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

>Boone McReynolds
>Viola McReynolds
>Plaintiffs *pro se*
>246 E. Wiggins Bay
>Pueblo West, CO 81007


>/s/ Pat S. Genis
>PAT S. GENIS, #446244