IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

BOONE MCREYNOLDS & VIOLA MCREYNOLDS )
 )
   Plaintiffs, )
 )
   v. )  No:  1:06-cv-00924 (JR)
 )
UNITED STATES, )
 )
   Defendant. )

## O R D E R

  Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted.

Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

  ORDERED that the United States' motion to dismiss be and is GRANTED;

  ORDERED that plaintiff's complaint be and is DISMISSED; and it is further

  ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Boone McReynolds
Viola McReynolds
Plaintiffs *pro se*
246 E. Wiggins Bay
Pueblo West, CO 81007

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused

to be served upon plaintiffs *pro se* on July 24, 2006, by putting a copy in the United States'

mail, postage prepaid, addressed as follows:

> Boone McReynolds
> Viola McReynolds
> Plaintiffs *pro se*
> 246 E. Wiggins Bay
> Pueblo West, CO 81007

/s/ Pat S. Genis
PAT S. GENIS, #446244

3

1825779.1