# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Boone McReynolds,
Viola McReynolds

Case No. *1 06 CV 00924 JR*

Plaintiff(s),

ADDENDUM TO COMPLAINT No. *6*

v.

United States

Defendant.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the



Addendum to Complaint

RECEIVED

JUL 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated _____ July 24 , 2006

_____
Boone McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

_____
Viola McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

## CERTIFICATE OF SERVICE

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Boone McReynolds v. United States.              page 2 of 3 pages              Addendum to Complaint

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Kenneth L. Wainstein, United States Attorney, District of Columbia, 501 3rd Street NW, Washington, District of Columbia 20001

Dated _____ *JULY 24* _____, 2006

Boone McReynolds

IRS Department of the Treasury
Internal Revenue Service
:00-cv-00924-JR    Document 10    Filed 07/26/2006    Page 4 of 9

OGDEN   UT   84201-0030

In reply refer to:  0469730661
July 17, 2006   LTR 3175C    0
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   000000 00 000    R
                                16495
                        BODC: SB

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST   CO   81007-5437465

Dear Taxpayer:

    This is in reply to your correspondence dated Mar. 30, 2006.

    We have determined that the arguments you raised are frivolous and
have no basis in law.  Federal courts have consistently ruled against
such arguments and imposed significant fines for taking such frivolous
positions.

    You can obtain IRS Publication 2105, Why do I Have to Pay Taxes?,
from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf.  We
also refer you to a document entitled The Truth About Frivolous Tax
Arguments.  It is also on our website at www.irs.gov/pub/irs-utl/
friv_tax.pdf.  If you do not have internet access, you can obtain
copies of these documents from your local IRS office.

    There are some people who encourage others to violate our nation's
tax laws by arguing that there is no legal requirement for them to
file income tax returns or pay income taxes.  These people base their
arguments on legal statements taken out of context and on frivolous
arguments that have been repeatedly rejected by federal courts.
People who rely on this kind of information can ultimately pay more in
taxes, interest and penalties than they would have paid simply by
filing correct tax returns.

    People who violate the tax laws also may be subject to federal
criminal prosecution and imprisonment.  Information about the IRS's
criminal enforcement program is available on the internet at
www.irs.gov.  Once there, enter the IRS keyword: fraud.

    The IRS is working with the United States Department of Justice
and state taxing authorities to ensure that all taxpayers pay their
lawful share of taxes and to seek criminal indictments or civil
enforcement actions against people who promote or join in abusive and
fraudulent tax schemes.

    The claims presented in your correspondence do not relieve you
from your legal responsibilities to file federal tax returns and pay
taxes.  We urge you to honor those legal duties.

    If you persist in sending frivolous correspondence, we will not
continue to respond to it.  Our lack of response to further

July 17, 2006    LTR 3175C    0
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    000000 00 000    R
16496
0469730661

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST  CO  81007-5437465

correspondence does not in any way convey agreement or acceptance of
the arguments advanced.  If you desire to comply with the law
concerning your tax liability, you are encouraged to seek advice from
a reputable tax practitioner or attorney.

     This letter advises you of the legal requirements for filing and
paying federal individual income tax returns and informs you of the
potential consequences of the position you have taken.  Please observe
that the Internal Revenue Code sections listed below expressly
authorize IRS employees that act on behalf of the Secretary of the
Treasury to: 1.)examine taxpayer books, papers, records, or other data
which may be relevant or material; 2.) issue summonses in order to
gain possession of records so that determinations can be made of the
tax liability or for ascertaining the correctness of any return filed
by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect
Tax

     Title 26, United States Code
          Section 6001  Notice or regulations requiring records,
          statements, and special returns
          Section 6011  General requirement of return, statement, or list
          Section 6012  Persons required to make returns of income
          Section 6109  Identifying numbers
          Section 6151  Time and place for paying tax shown on returns
          Section 6301  Collection Authority
          Section 6321  Lien for taxes
          Section 6331  Levy and distraint
          Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN)
PROVIDES:

CIVIL PENALTY - If -
     (1)  any individual files what purports to be a return of the tax
          imposed by subtitle A but which -
               (A)  does not contain information on which the substantial
                    correctness of the self-assessment may be judged, or
               (B)  contains information that on its face indicates that
                    the self-assessment is substantially incorrect; and
     (2)  the conduct referred to in paragraph (1) is due to -
               (A)  a position which is frivolous, or
               (B)  a desire (which appears on the purported return) to
                    delay or impede the administration of Federal income
                    tax laws, then such individuals shall pay a penalty

```
                                                     0469730661
                              July 17, 2006   LTR 3175C    0
                              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   000000 00 000    R
                                                       16497
```

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST   CO   81007-5437465


                    of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by
subsection (a) shall be in addition to any other penalty provided
by law.

     If you any have questions, please write to us at the address
shown at the top of the first page of this letter.  Or, you may call
us toll free at 1-866-899-9083.  Whenever you write, please include
this letter and, in the spaces below, give us your telephone number
with the hours we can reach you.  You may also wish to keep a copy of
this letter for your records.

Your Telephone Number ( ___ ) _____   Hours _____



                              Sincerely yours,

                              Scott Prentky
                              Field Director, Compliance Services

Enclosure(s):
Copy of this letter
Publication 1
Publication 2105

IRS Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0030

In reply refer to:  0469730661
July 17, 2006   LTR 3175C   0
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   000000 00 000
                          18943
                    BODC: WI

VIOLA MCREYNOLDS
246 WIGGINS BAY
PUEBLO WEST  CO  81007-5437465

Dear Taxpayer:

      This is in reply to your correspondence dated Jan. 24, 2006.

      We have determined that the arguments you raised are frivolous and
have no basis in law.  Federal courts have consistently ruled against
such arguments and imposed significant fines for taking such frivolous
positions.

      You can obtain IRS Publication 2105, Why do I Have to Pay Taxes?,
from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf.  We
also refer you to a document entitled The Truth About Frivolous Tax
Arguments.  It is also on our website at www.irs.gov/pub/irs-utl/
friv_tax.pdf.  If you do not have internet access, you can obtain
copies of these documents from your local IRS office.

      There are some people who encourage others to violate our nation's
tax laws by arguing that there is no legal requirement for them to
file income tax returns or pay income taxes.  These people base their
arguments on legal statements taken out of context and on frivolous
arguments that have been repeatedly rejected by federal courts.
People who rely on this kind of information can ultimately pay more in
taxes, interest and penalties than they would have paid simply by
filing correct tax returns.

      People who violate the tax laws also may be subject to federal
criminal prosecution and imprisonment.  Information about the IRS's
criminal enforcement program is available on the internet at
www.irs.gov.  Once there, enter the IRS keyword: fraud.

      The IRS is working with the United States Department of Justice
and state taxing authorities to ensure that all taxpayers pay their
lawful share of taxes and to seek criminal indictments or civil
enforcement actions against people who promote or join in abusive and
fraudulent tax schemes.

      The claims presented in your correspondence do not relieve you
from your legal responsibilities to file federal tax returns and pay
taxes.  We urge you to honor those legal duties.

      If you persist in sending frivolous correspondence, we will not
continue to respond to it.  Our lack of response to further

0469730661

July 17, 2006    LTR 3175C    0
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    000000 00 000
18944

VIOLA MCREYNOLDS
246 WIGGINS BAY
PUEBLO WEST  CO  81007-5437465

correspondence does not in any way convey agreement or acceptance of
the arguments advanced.  If you desire to comply with the law
concerning your tax liability, you are encouraged to seek advice from
a reputable tax practitioner or attorney.

    This letter advises you of the legal requirements for filing and
paying federal individual income tax returns and informs you of the
potential consequences of the position you have taken.  Please observe
that the Internal Revenue Code sections listed below expressly
authorize IRS employees that act on behalf of the Secretary of the
Treasury to: 1.)examine taxpayer books, papers, records, or other data
which may be relevant or material; 2.) issue summonses in order to
gain possession of records so that determinations can be made of the
tax liability or for ascertaining the correctness of any return filed
by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect
Tax

    Title 26, United States Code
        Section 6001  Notice or regulations requiring records,
        statements, and special returns
        Section 6011  General requirement of return, statement, or list
        Section 6012  Persons required to make returns of income
        Section 6109  Identifying numbers
        Section 6151  Time and place for paying tax shown on returns
        Section 6301  Collection Authority
        Section 6321  Lien for taxes
        Section 6331  Levy and distraint
        Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN)
PROVIDES:

CIVIL PENALTY - If -
    (1)  any individual files what purports to be a return of the tax
         imposed by subtitle A but which -
            (A)  does not contain information on which the substantial
                 correctness of the self-assessment may be judged, or
            (B)  contains information that on its face indicates that
                 the self-assessment is substantially incorrect; and
    (2)  the conduct referred to in paragraph (1) is due to -
            (A)  a position which is frivolous, or
            (B)  a desire (which appears on the purported return) to
                 delay or impede the administration of Federal income
                 tax laws, then such individuals shall pay a penalty

```
                                                  0469730661
                              July 17, 2006  LTR 3175C    0
                              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  000000 00 000
                                                      18945
```

VIOLA MCREYNOLDS
246 WIGGINS BAY
PUEBLO WEST  CO  81007-5437465


              of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by
subsection (a) shall be in addition to any other penalty provided
by law.

     If you any have questions, please write to us at the address
shown at the top of the first page of this letter.  Or, you may call
us toll free at 1-866-899-9083.  Whenever you write, please include
this letter and, in the spaces below, give us your telephone number
with the hours we can reach you.  You may also wish to keep a copy of
this letter for your records.

Your Telephone Number (____)_____  Hours _____


                         Sincerely yours,



                         Scott Prentky
                         Field Director, Compliance Services

Enclosure(s):
Copy of this letter
Publication 1
Publication 2105