**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BOONE MCREYNOLDS,                          :
                                           :
         Plaintiff,                        :
                                           :
    v.                                     : Civil Action No. 06-0924 (JR)
                                           :
UNITED STATES GOVERNMENT,                  :
                                           :
         Defendant.                        :

**ORDER**

Pending before the Court is defendant's motion to dismiss. Because plaintiffs Boone and Viola McReynolds are proceeding pro se, the Court hereby advises the plaintiffs of their obligations under the Federal Rules of Civil Procedure and the local rules of this Court.

In <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." <u>Id</u>. at 509.

**ORDERED** that plaintiffs Boone and Viola McReynolds shall respond to defendant's motion to dismiss [9] within 30 days of this order. If plaintiff fails to file a timely response, the

Court may treat defendant's motion as conceded and dismiss the complaint.  The serial filing of "addendums" will not be construed as a proper response to the motion.


                              JAMES ROBERTSON
                       United States District Judge