# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Boone McReynolds,
Viola McReynolds

Case No. 1:06 CV00924

        Plaintiff(s),

ADDENDUM TO COMPLAINT No. 8

v.

United States
        Defendant.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

**RECEIVED**

AUG 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated __August 1__, 2006

_____
Boone McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

_____
Viola McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

## CERTIFICATE OF SERVICE

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Boone McReynolds v. United States.    page 2 of 3 pages    Addendum to Complaint

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Kenneth L. Wainstein, United States Attorney, District of Columbia, 501 3rd Street NW, Washington, District of Columbia 20001

Dated _____AUGUST 1_____, 2006

_____
Boone McReynolds

**IRS** Department of the Treasury
Internal Revenue Service
CINCINNATI, OH   45999-0029

Notice Number: CP     90
Notice Date:   JULY 31, 2006
Social Security Number:

7112 7667 8553 1884 6267

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

**Collection Assistance:**

1-800-829-3903

*(Asistencia en español disponible)*

Caller ID:   081402

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST CO   81007-5437465

## Final Notice
### Notice Of Intent To Levy And Notice Of Your Right To A Hearing
*Please Respond Immediately*

We previously asked you to pay the federal tax shown on the next page, but we haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to appeal under IRC Section 6330.

We may also file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request an appeals hearing within 30 days from the date of this letter, we may take your property, or rights to property. Property includes real estate, automobiles, business assets, bank accounts, wages, commissions, social security benefits, and other income. We've enclosed Publication 594, which has more information about our collection process; Publication 1660, which explains your appeal rights; and Form 12153, which you can use to request a Collection Due Process hearing with our Appeals Office.

To prevent collection action, please send your full payment today.

   Make your check or money order payable to United States Treasury.
   Write your Social Security Number on your payment.
   Send your payment and the attached payment stub to us in the enclosed envelope. The amount you owe is shown on the next page.

If you have recently paid this tax or you can't pay it, call us immediately at the above telephone number and let us know.

The assessed balance may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Penalty and interest charges continue to accrue until you pay the total amount in full. We detail these charges, known as Statutory Additions, on the following pages.

Enclosures:
Copy of this notice
Pub 594, IRS Collection Process
Pub 1660, Collection Appeal Rights
Form 12153, Request for a Collection Due Process Hearing
Envelope

## ACCOUNT INFORMATION

| BOONE K MCREYNOLDS | | | | | 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 |
|---|---|---|---|---|---|
| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2000 | $154,822.94 | $.00 | $2,859.10 | $157,682.04 |

---

**Cut Here**                                Use this stub to return your request, inquiry or payment.

---

SB V    CP-90

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

**Your Telephone Number:**         **Best Time to Call**

( )____-_____                   ____ AM ____ PM

Amount you owe:          $157,682.04
Less payments not included
Adjusted amount

Internal Revenue Service
CINCINNATI, OH  45999-0029

BOONE K MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST CO  81007-5437465

## ACCOUNT INFORMATION

BOONE K  MCREYNOLDS                                                        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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2002 | $3,727.99 | $68.53 | $68.85 | $3,865.37 |
| 1040A | DEC. 31, 2003 | $9,943.82 | $199.15 | $183.64 | $10,326.61 |

**Payment Stub**     Fold and return this page with your request, inquiry, or payment.

SB V     CP-90

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

Your Telephone Number:     Best Time to Call

( ) ___ - ___     ___ AM ___ PM

Amount you owe:     $14,191.98
Less payments not included
Adjusted amount

Internal Revenue Service
CINCINNATI, OH  45999-0029

BOONE K  MCREYNOLDS
246 E WIGGINS BAY
PUEBLO WEST  CO   81007-5437465