# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Boone McReynolds,
Viola McReynolds

        Plaintiff(s),

v.

United States

        Defendant.

Case No. 1:06 CV 00924 JR

ADDENDUM TO COMPLAINT No. 9

RECEIVED
AUG 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Administrative Procedure Act, <u>5 USC 704</u>, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated  August 7, 2006

_____
Boone McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

_____
Viola McReynolds
246 E Wiggins Bay
Puebelo West, CO 81007

## CERTIFICATE OF SERVICE

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Kenneth L. Wainstein, United States Attorney, District of Columbia, 501 3rd Street NW, Washington, District of Columbia 20001

Dated ___AUGUST 7___, 2006

_____
Boone McReynolds

**Internal Revenue Service**
2864 SOUTH CIRCLE DR 7TH FL
MS 5224 CS
COLORADO SPRINGS, CO 80906-4190

**Department of the Treasury**

Letter Number: 3164B (DO)

Letter Date:
 08/04/2006
Social Security Number or
Employer Identification Number:
 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

VIOLA MCREYNOLDS
246 WIGGINS BAY
PUEBLO WEST, CO 81007

For Assistance You May Call Us At:
 (719)226-3278
Person to Contact:
 ANTHONY R ROYBAL
Employee Identification Number:
 84-01782

Dear VIOLA MCREYNOLDS :

 We are attempting to collect unpaid taxes from you. You should already be aware of this from our previous contacts with you. Generally, our practice is to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons, for example when we need information that the taxpayer has been unable to provide, or to verify information we have received.

 We are writing to tell you that we may contact other persons. If we do contact other persons we will generally need to tell them limited information, such as your name. The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking. Our need to contact other persons may continue as long as there is activity on this matter.

 If you have any questions regarding this letter or wish to request a list of contacts, please do not hesitate to contact us at the telephone number listed above.

Sincerely,

ANTHONY R ROYBAL
REVENUE OFFICER

Letter 3164B(DO) (2-2000)