IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BOONE MCREYNOLDS<br>VIOLA MCREYNOLDS | )<br>)<br>) | |
| Plaintiffs, | ) | No. 1:06-cv-924-JR |
| v. | )<br>)<br>) | |
| UNITED STATES, | )<br>) | |
| Defendant. | ) | |

**O R D E R**

Having considered defendant, the Internal Revenue Service's, motion for enlargement of time in which to answer, move, or otherwise plead, any opposition, and the entire record in this matter, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 2006,  at Washington, D.C.

ORDERED that defendant's motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that defendant, the United States, shall have an additional thirty (30) days until October 20, 2006, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Boone McReynolds
Viola McReynolds
Plaintiffs *pro se*
246 E. Wiggins Bay
Puebelo West, CO 81007

CERTIFICATE OF SERVICE

IT IS CERTIFIED that defendant's proposed ORDER was served was served on September 25, 2006 in accordance with the Court ECF procedures and by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Boone McReynolds
>Viola McReynolds
>Plaintiffs *pro se*
>246 E. Wiggins Bay
>Puebelo West, CO 81007

          /s/ Pat S. Genis
_____PAT S. GENIS