# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Boone McReynolds,
Viola McReynolds

          Plaintiff(s),

v.

United States

          Defendant.

Case No. 1:06 cv 00924

ADDENDUM TO COMPLAINT NO. 12

    This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolf-Sheppard Vendors of Am. V. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _,2006 WL 1071852,*3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

    Pursuant to the Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902 (1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the Court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s)), is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and is evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated OCTOBER 17, 2006

_____
Boone McReynolds
246 E. Wiggins Bay
Pueblo West, CO 81007

_____
Viola McReynolds
246 E. Wiggins Bay
Pueblo West, CO 81007

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and is evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

## CERTIFICATE OF SERVICE

I certify that I have mailed by certified mail an original and one copy of the foregoing to:

Clerk of Court, United States District Court, 333 Constitution Ave., NW, Washington D.C. 20001

And one copy by first class mail to:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Dated  OCTOBER 17 , 2006

*[signature]*
Boone McReynolds

| Form 668-A(ICS) | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Rev. July 2002) | **Notice of Levy** |

DATE: 10/11/2006
REPLY TO: **Internal Revenue Service**
**ANTHONY R ROYBAL**
**2864 SOUTH CIRCLE DR 7TH FL**
**MS 5224 CS**
**COLORADO SPRINGS, CO 80906-4190**

TELEPHONE NUMBER
OF IRS OFFICE: **(719)226-3278**

NAME AND ADDRESS OF TAXPAYER:
**VIOLA MCREYNOLDS**
**246 WIGGINS BAY**
**PUEBLO WEST, CO 81007**

TO: **SAN JUAN BASIN POOL, LTD**
**P.O. BOX 1237**
**PANHANDLE, TX 79068**

IDENTIFYING NUMBER(S): **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**

MCRE

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | 76242.44 | 5453.26 | 81695.70 |
| 1040 | 12/31/2001 | 2331.80 | 133.48 | 2465.28 |
| 1040 | 12/31/2002 | 1030.80 | 59.00 | 1089.80 |
| 1040 | 12/31/2003 | 3448.72 | 197.43 | 3646.15 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒

| Total Amount Due | 88896.93 |
|---|---|

We figured the interest and late payment penalty to **11-11-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| /S/ ANTHONY R ROYBAL | REVENUE OFFICER |

Part 4 –   For Taxpayer

Form **668-A(ICS)** (7-2002)