# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Boone McReynolds,
Viola McReynolds

            Plaintiff(s),

v.

United States

            Defendant.

Case No. 1:06 cv 00924 JR

ADDENDUM TO COMPLAINT NO. 13

    This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolf-Sheppard Vendors of Am. V. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _F. Supp.2d_,2006 WL 1071852,*3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

    Pursuant to the Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Boone McReynolds v. United States      page 1 of 3 pages      Addendum to complaint

**RECEIVED**
OCT 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902 (1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the Court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s)), is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and is evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated October 25, 2006

_____
Boone McReynolds
246 E. Wiggins Bay
Pueblo West, CO 81007

_____
Viola McReynolds
246 E. Wiggins Bay
Pueblo West, CO 81007

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and is evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

## CERTIFICATE OF SERVICE

I certify that I have mailed by certified mail an original and one copy of the foregoing to:

Clerk of Court, United States District Court, 333 Constitution Ave., NW, Washington D.C. 20001

And one copy by first class mail to:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Dated OCTOBER 25, 2006

_____
Boone McReynolds

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear VIOLA MCREYNOLDS:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5
PO Box 219236
Kansas City, MO 64121-9236
**800-829-7650**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P34907261
Acct Num: 0528388461302000l2
Amount This Creditor:      $99.30
Creditor: 51     Site: MC

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   VIOLA MCREYNOLDS              PAYEE TIN: 528388461
PAYMENT BEFORE REDUCTION:        $662.00        PAYMENT DATE: 10/25/06
TOTAL AMOUNT OF THIS REDUCTION:        $99.30    PAYMENT TYPE: Check
PAYING FEDERAL AGENCY: Social Security Administration   BENEFICIARY TIN: 528388461
CLAIM ACCT NUM: 528388461 A

FOR OFFICIAL USE ONLY:    0000007898 P34907261528388461006003773l7 SSA-P01VIOL007898
4500 52135504 20184904 S1  5  D

RC0506

