**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BOONE MCREYNOLDS, *et al.*,     :
                                :
    Plaintiffs,             :
                                : Civil Action No. 06-0924 (JR)
  v.                            :
                                :
UNITED STATES GOVERNMENT,       :
                                :
    Defendant.              :

### ORDER

For the reasons set forth in the accompanying Memorandum, defendant's motion to dismiss [18] is **granted.**

It is **SO ORDERED.**

                                        JAMES ROBERTSON
                            United States District Judge